UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>KIM DOWNS,<br><br>    Debtor.<br><br>KIM DOWNS,<br><br>    Appellant,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Appellee. | Case No. 14-cv-3-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. In an order dated December 22, 2014 (Doc. 23), the Court ordered appellant debtor Kim Downs to file in this Court on or before January 16, 2015, her designation of record, a statement of the issues to be presented on appeal, and opening brief, as set forth in Federal Rules of Bankruptcy Procedure 8009(a)(1), 8014(a) & 8015 (2014). The Court further warned Downs that if she failed to file the foregoing documents in a timely manner, the Court could dismiss this action with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8003(a)(2) (2014) and/or Federal Rule of Civil Procedure 41(b). Downs did not file the requested documents as ordered by the Court. In light of this failure and Downs' prior disregard for the Court's procedural requirements as described in the Court's December 22, 2014, order, the Court finds dismissal of this appeal with prejudice is appropriate pursuant to Federal Rule of Bankruptcy Procedure 8003(a)(2) (2014) and Federal Rule of Civil Procedure 41(b). Accordingly, the Court **DISMISSES** this appeal and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  January 20, 2015**

                                                  s/J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**